IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CEJA-VARGAS,<br>VALENTIN MONTALVO-SALVADOR,<br>ABDIEL PEREZ PEREZ,<br>MILSA PEREZ PEREZ,<br><br>Defendants. | No. 3:24-cr-0002-DMC<br><br><br>RELEASE ORDER |

For good cause appearing, the Government's motion to dismiss pursuant to Federal Rule of Criminal procedure 48(a), ECF No. 7, is GRANTED. Defendants Juan Ceja-Vargas, Valentin Montalvo-Salvador, Abdiel Perez Perez, and Milsa Perez Perez shall be released from custody forthwith.

IT IS SO ORDERED.

Dated: 22 July 2024

Dennis M. Cota,
United States Magistrate Judge

1